SLG

PETER L. VESTAL, ESQ. (SBN 159440)
JOHN A. KELLEY, ESQ. (SBN 194073)
SEQUOIA LAW GROUP LLP
333 Sacramento Street
San Francisco, CA 94111
Telephone: (415) 835-9600
Facsimile: (415) 835-9620

Attorneys for Plaintiff
Irma Tolentino

E-Filing

FILED

JUL 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA TOLENTINO,

   Plaintiff,

   v.

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO, a judicial
branch government entity,

   Defendant.

CASE NO. 04-CV-03301 VRW

SUBSTITUTION OF COUNSEL FOR
PLAINTIFF IRMA TOLENTINO AND
[PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, plaintiff IRMA TOLENTINO herby substitutes as her counsel in this matter:

   Peter L. Vestal, Esq. (SBN 159440)
   Sequoia Law Group, LLP
   333 Sacramento Street
   San Francisco, CA 94111
   Telephone: (415) 835-9600
   Facsimile: (415) 835-9620
   Email: pvestal@sequoialaw.com

   and

SEQUOIA LAW GROUP
333 SACRAMENTO STREET
SAN FRANCISCO, CA 94111
TEL. (415) 835-9600
FAX (415) 836-9620

1

SUBSTITUTION OF COUNSEL FOR PLAINTIFF IRMA TOLENTINO AND [PROPOSED] ORDER

```
 1  John A. Kelley, Esq. (SBN 194073)
    Sequoia Law Group, LLP
 2  333 Sacramento Street
    San Francisco, CA 94111
 3  Telephone: (415) 835-9600
    Facsimile:  (415) 835-9620
 4  Email: jkelley@sequoialaw.com
```

on whom all notices and papers my be served. This substitution of counsel is in the place and stead of former counsel Wells & Hopkins.

Dated: June 22, 2005

By: _____
    Irma Tolentino

Wells & Hopkins hereby consents to this action.

Dated: June 27, 2005               WELLS & HOPKINS

By: _____
    Stephine M. Wells
    Partner

I accept the above substitution and am admitted to practice in this Court.

Dated: June 28, 2005               SEQUOIA LAW GROUP, LLP

By: _____
    Peter L. Vestal
    Partner

**IT IS SO ORDERED.**

Dated: _____, 2005

_____
Hon. Vaughn R. Walker

SEQUOIA LAW GROUP
333 SACRAMENTO STREET
SAN FRANCISCO, CA 94111
TEL. (415) 835-9600
FAX (415) 835-9620

2

**SUBSTITUTION OF COUNSEL FOR PLAINTIFF IRMA TOLENTINO AND [PROPOSED] ORDER**

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is SEQUOIA LAW GROUP, LLP. 333 Sacramento St., San Francisco, California, 94111.

On June 28, 2005 I served the documents listed below on all parties entitled to service thereof:

**SUBSTITUTION OF COUNSEL FOR PLAINTIFF IRMA TOLENTINO AND [PROPOSED] ORDER**

by placing true and correct copies of the documents listed above in a sealed envelope with postage thereon fully paid, in the United States mail at the San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage hereon fully paid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing this motion.

| | |
|---|---|
| William R. Hopkins<br>Stephine M. Wells<br>Wells & Hopkins Attorneys at Law<br>1628 Tiburon Avenue<br>Tiburon, CA 94920<br>415-435-5507<br>415-435-5597 (fax)<br>wrhopkins3@prodigy.net<br>stephinewells@msn.com<br><br>Attorneys for Yolanda Mitchell | Joan Carol Pugh Newman, Esq.<br>Michele J. Silak, Esq.<br>Joseph E. Wiley, Esq.<br>Wiley Price & Radulovich, LLP<br>1301 Marina Village Parkway, Suite 310<br>Alameda, CA 94501<br>510-337-2810<br>jpughnewman@wprlaw.com<br>msilak@wprlaw.com<br>jwiley@wprlaw.com<br><br>Attorneys for Superior Court of California,<br>County of San Mateo |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed June 28, 2005, at San Francisco, California.

_____
Keith A. Jones

SEQUOIA LAW GROUP
333 SACRAMENTO STREET
SAN FRANCISCO, CA 94111
TEL (415) 835-9600
FAX (415) 836-9620

3

SUBSTITUTION OF COUNSEL FOR PLAINTIFF IRMA TOLENTINO AND [PROPOSED] ORDER