```
JOSEPH E. WILEY (State Bar No. 84154)
SUZANNE I. PRICE (State Bar No. 120984)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>Defendant. | No. C 04 3135 VRW<br>No. C 04 3301 VRW<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE DEFENDANT'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES |
| IRMA TOLENTINO<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>Defendant. | |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MITCHELL<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>Defendant. | No. C 04 3135 VRW<br>No. C 04 3301 VRW<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DEFENDANT'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES |
| IRMA TOLENTINO<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, a judicial branch government entity,<br><br>Defendant. | |

The *ex parte* application and supporting declarations of Defendant Superior Court of California, County of San Mateo ("Superior Court") for an extension of time in which to file its bill of costs and motion for attorneys' fees having been considered,

And GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED THAT the current date of June 25, 2007 by which the Superior Court must file its bill of costs and motion for attorneys' fees is extended from June 25, 2007 to and including July 2, 2007.

Dated: 6/21/2007  By: _____

THE HONORABLE VAUGHN R. WALKER